# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Ann M. Jacobson,                                    Bky. Case No. 14-43029
                                                    Chapter 7
      Debtor.

_____

## NOTICE OF MOTION AND MOTION OBJECTING TO EXEMPT PROPERTY
_____

TO:    The debtor(s) and other entities specified in Local Rule 9013-3

1.    Erik A. Ahlgren the Trustee of the bankruptcy estate of the above-named debtor, moves the court for the relief requested below and gives notice of hearing.

2.    The court will hold a hearing on this motion at 10:00 a.m. on November 6, 2014 in Courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

3.    Any response to this motion must be filed and served by delivery or mail not later than, November 1, 2014 which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays),  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.    This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bank. P. 5005 and Local Rule 1070-1.  This proceeding is a core proceeding.  The petition commencing this chapter 7 case was filed on July 23, 2014.  The case is now pending in this court.

5.    This motion arises under 11 U.S.C. § 522 and Fed. R. Bankr. P. 4003. This motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 9013-1. Movant requests relief with respect to debtor's claim of exemption.

6.    The debtor has claimed the real estate with a physical address of 1565 2nd Ave, Cumberland, Wisconsin exempt under 11 U.S.C. §522(d)(1). The legal description is Lots 3, 4, 19 and 20, Block 7, Griggs, Foster & Miller Addition, city of Cumberland, Barron County, Wisconsin. This real estate will be hereinafter referred to as the "Wisconsin Real Estate".

7.    The Debtor's address, as listed on the petition, is 10548 181st Lane, NW, Elk River, MN 55330. All of her furniture, clothes, jewelry and pets are scheduled as being located in Elk River, Minnesota.

8.    At the creditors' meeting, the Debtor testified that she had been employed in Minneapolis since January, and that all of her employment since 1999 had been in the Twin Cities area of Minnesota.

WHEREFORE the bankruptcy trustee moves the court for an order denying debtor's claimed exemption of the Wisconsin Real Estate under 11 U.S.C. §522(d)(1).

Dated: October 10, 2014            Signed:  /e/ Erik A. Ahlgren

                                   Erik A. Ahlgren
                                   Bankruptcy Trustee
                                   220 W. Washington Av, Suite 105
                                   Fergus Falls, MN 56537
                                   218-998-2775

# **Verification**.

I, Erik A. Ahlgren, the moving party named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated:  October 10, 2014              Signed:  /e/ Erik A. Ahlgren

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Ann M. Jacobson,                                          Bky. Case No. 14-43029
                                                                                 Chapter 7

       Debtor.

## ORDER

This matter came before the Court on the motion of Trustee Erik A. Ahlgren objecting to the Debtor's claim of exemption. Appearances were noted for the record at the time of the hearing. Based upon the files and records,

IT IS ORDERED:

The Debtor's claimed exemption under 11 U.S.C. §522(d)(1) is denied with respect to the real estate having a physical address of 1565 2nd Ave, Cumberland, Wisconsin, and a legal description of Lots 3, 4, 19 and 20, Block 7, Griggs, Foster & Miller Addition, city of Cumberland, Barron County, Wisconsin.

Dated: _____

                                                       _____
                                                       United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Ann M. Jacobson,                                              Bky. Case No. 14-43029
                                                              Chapter 7
            Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I, Lisa Ahlgren, declare under penalty of perjury that on October 10, 2014 she caused to be served the following documents via the CM/ECF system to those parties requesting electronic notification.

1. Notice of Motion and Motion Objecting to Exempt Property
2. Proposed Order

And by U.S. Mail to:

Ann M. Jacobson
10548 181st Lane NW
Elk River  MN  55330


Executed on : October 10, 2014                Signed:  /e/Lisa Ahlgren
                                              Lisa Ahlgren
                                              220 W. Washington Ave, Ste 105
                                              Fergus Falls, MN  56537